[No. 44175-6-II.   Division Two.   August 26, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY ALLEN CONOVER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-00812-3, Stephen M. Warning, J., entered October 24, 2012. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Bjorgen, A.C.J., and Lee, J.

[No. 31322-1-III.   Division Three.   August 26, 2014.]

*In the Matter of the Modification of the Parenting Plan of* JENNIFER HALL, *Appellant*, and WILLIAM BROUILLET, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-5-00072-4, Annette S. Plese, J., entered December 6, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Fearing, JJ. Now published at 184 Wn. App. 676.

[No. 31448-1-III.   Division Three.   August 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD EDWARD FENTON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-1-01176-9, Bruce A. Spanner, J., entered February 15, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lawrence-Berrey, J., concurred in by Korsmo and Fearing, JJ.